**Opinion issued November 16, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-18-00966-CV**

————————————

**IN RE MICHAEL FALLON, M.D., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Michael Fallon, M.D, seeks a writ of mandamus to compel the trial court to vacate its August 21, 2018 order sealing certain summary judgment exhibits.[1] Fallon has also filed a motion for emergency relief to stay trial court proceedings.

---

[1]   The underlying case is *Michael Fallon, M.D. v. The University of Texas MD Anderson Physician's Network and Michael W. Brown, as President and Chief Executive Officer of the University of Texas MD Anderson Physician's Network,*

We deny the petition. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Brown.

cause number 2017-36113, pending in the 151st District Court of Harris County, Texas, the Honorable Debra Ibarra Mayfield presiding.